# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **RING TECHNOLOGY ENTERPRISES OF TEXAS, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**ADD-ON COMPUTER PERIPHERALS, LLC D/B/A ACP-EP MEMORY, et al.,**<br><br>Defendants. | **Civil Action No. 2:10-CV-00104-TJW** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Ring Technology Enterprises of Texas, LLC, and defendant, Unigen Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Ring Technology Enterprises of Texas, LLC, and defendant, Unigen Corporation, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENTS IN SUIT SETTLEMENTAGREEMENT**".

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 6th day of January, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE